

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00107-CR

Joe **RANGEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7315
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's sentencing judgment is modified to strike the fine assessed against Appellant Rangel. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED April 24, 2024.

_____
Patricia O. Alvarez, Justice